# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CARLOS E. VIZCAINO**

    **Plaintiff,**

v.                                                                                                        No. 14-cv-0656 JH/SMV

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER, et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**
    ___ filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not filed
(2) ___ is missing affidavit
(3) X    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ other: _____

**III. Complaint, Petition or Application:**
(1) ___ is missing
(2) ___ is not on proper form (must use our form Rev. 5/96)
(3) ___ is missing an original signature by the prisoner
(4) ___ is missing page nos. ___
(5) ___ other: _____

Papers filed in response to this order must include the civil action number (14-cv-0656 JH/SMV) of this case.  Failure to cure the designated deficiencies **within thirty (30) days** from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**